UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP 10 AM 11:58
CLERK ___TRB___
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) CR218-043 |
| v. | ) PENALTY CERTIFICATION |
| | ) |
| FREDDIE SHAW JR. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute Methamphetamine, |
| | ) Marijuana and Cocaine |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

Count 1:  18 U.S.C. § 922(g)(1)*
Possession of a Firearm by a Prohibited Person:
Convicted Felon
Imprisonment for not more than 10 years;
Fine of not more than $250,000;
Supervised release term of not more than 3 years;
$100 special assessment.

*However, should defendant be found to have three previous convictions for a violent crime or serious drug offense, or both, committed on occasions different from one another, the term of imprisonment would be not less than fifteen years, nor more than life, a fine not more than $250,000, not more than five years of supervised release and a $100 special assessment. 18 U.S.C. §924(e).

Count 2:     18 U.S.C. § 924(c)(1)(A)
**Possession of Firearm in Furtherance of a Drug Trafficking Crime**
**Consecutive to any other sentence:**
Imprisonment of not less than 5 years or more than life;
Fine of not more than $250,000,
Supervised release term of not more than 5 years;
$100 special assessment.

Count 3:     21 U.S.C. §841(a)(1) and (b)(1)(D)*
**Possession with Intent to Distribute Marijuana**
Imprisonment of not more than 5 years;
Fine of not more than $250,000;
Supervised release term of at least 2 years;
$100 special assessment.

*If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment of not more than ten years, a fine not to exceed $500,000, and a term of supervised release of at least four years.*

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Jennifer Kirkland
Jennifer Kirkland
Assistant United States Attorney