# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No.  CR218-43 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FREDDIE SHAW, JR.** | ) | |

### GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. §3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant.  A copy of the plea agreement has been provided to the Court for its consideration.

The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Jennifer Kirkland*

Jennifer Kirkland
Assistant United States Attorney
New York Bar No. 4838611

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of October, 2018.

                                    BOBBY L. CHRISTINE
                                    UNITED STATES ATTORNEY

                                    ***/s/ Jennifer Kirkland***

                                    Jennifer Kirkland
                                    Assistant United States Attorney
                                    New York Bar No. 4838611

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422