

# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                        )<br>)<br>FREDDIE SHAW, JR.,        )<br>)<br>    Defendant.           ) | CR 218-043 |

## ORDER

Before the Court is Defendant Freddie Shaw, Jr.'s ("Shaw") motion for reconsideration of the Court's previous order denying him appointment of counsel to assist him in collaterally attacking his conviction and sentence. Dkt. No. 39. His motion is **DENIED**. As the Court stated previously, there is generally no constitutional right to counsel during a collateral proceeding. See McCleskey v. Zant, 499 U.S. 467, 495 (1991) (defendant lacks a Sixth Amendment right to counsel during collateral proceeding). Because Shaw has given the Court no reason supported by law or fact to reconsider its ruling, his motion is **DENIED**.

Shaw alternatively moves the Court for leave "to file a pro se § 2255 motion beyond the statute of limitation of one year," noting that the law library at his Bureau of Prisons facility has been closed due to COVID-19. Dkt. No. 39 at 5. Shaw's

motion is **DENIED** at this time. Should Shaw indeed file a 28 U.S.C. § 2255 motion, he may seek equitable tolling relief at that time. The Clerk is **DIRECTED** to mail Shaw, along with a copy of this Order, an AO243 form containing instructions for filing a motion under § 2255.

**SO ORDERED**, this 22 day of September, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA