# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| FREDDIE SHAW, JR., | * |
| | * |
| Movant, | * CIVIL ACTION NO.: 2:20-cv-112 |
| v. | * |
| | * |
| UNITED STATES OF AMERICA, | * (Case No.: 2:18-cr-43) |
| | * |
| Respondent. | * |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 2. Movant Freddie Shaw ("Shaw") filed Objections to the Report and Recommendation. Dkt. No. 5.

In his Objections, Shaw again argues he is entitled to equitable tolling of the applicable statute of limitations period. Id. at 1-4. However, the Magistrate Judge addressed each of Shaw's claimed entitlements to equitable tolling and found Shaw's claims unavailing in light of controlling and persuasive case law. Dkt. No. 2 at 4-5. Shaw presents nothing in his Objections to counter the Magistrate Judge's findings or which reveals he is entitled to equitable tolling of the statute of limitations.

AO 72A
(Rev. 8/82)

Accordingly, the Court **OVERRULES** Shaw's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Shaw's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Shaw *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 27 day of July, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA